UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRAVES,<br><br>    Plaintiff,<br><br> v.<br><br>KELLY, (Correctional Officer),<br><br>    Defendant. | 1:03-cv-06837-AWI-SMS-P<br><br>SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS<br><br>(Doc. 14) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the second amended complaint filed on October 30, 2006, against defendant Correctional Officer Kelly. (Doc. 14.)

On March 26, 2008, the court forwarded service documents to plaintiff for completion and return to the court. (Doc. 15.) On April 21, 2008, plaintiff submitted the completed documents, and on April 24, 2008, the court mailed the documents to the United States Marshal along with an order to initiate service of process upon the defendant. (Docs. 16, 17.)

On August 11, 2008, the court learned that the United States Marshal never received the service documents or the court's order, which were mailed by the court. It appears that the mail was never delivered as expected. In light of this information, plaintiff shall be required to re-submit documents to the court to initiate service.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant Correctional Officer Kelly;

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint, filed October 30, 2006 (Doc. 14.);

3. Within THIRTY (30) DAYS from the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for defendant Correctional Officer Kelly; and

    c. Two (2) copies of the endorsed second amended complaint filed October 30, 2006;

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **August 13, 2008**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE