IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRAVES,<br><br>    Plaintiff,<br><br>vs.<br><br>- KELLY,<br><br>    Defendant. | No. 1:03-cv-06837-GMS<br><br>**ORDER** |

Pending before the Court is Defendant J. Kelly's First Request for an Extension of Time to Respond to Request for Production of Documents, Set One (Dkt. # 29). After consideration,

**IT IS HEREBY ORDERED** extending the time in which Defendant J. Kelly may respond, to and including, **April 27, 2009**.

DATED this 14th day of April, 2009.

_____
G. Murray Snow
United States District Judge