IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRAVES, | No. 1:03-cv-06837-GMS |
| Plaintiff, | ORDER |
| vs. | |
| - KELLY, | |
| Defendant. | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to District Court Judge Morrison C. England, Jr., to conduct a settlement conference at California State Prison-Sacramento (CSP-SAC) on March 12, 2010, at 9:00 a.m.

In accordance with the above, **IT IS HEREBY ORDERED** that:

1. This case is set for mediation on **March 12, 2010, at 9:00 a.m.** at CSP-SAC, Prison Road, Represa, California 95671.

2. The parties are directed to provide confidential settlement conference statements to Sujean Younger, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814, so that they arrive no later than **March 5, 2010**.

DATED this 4th day of February, 2010.

G. Murray Snow
United States District Judge

1