IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNY GRAVES,** | Case No. 1:03-CV-06837 GMS |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE PRETRIAL CONFERENENCE DOCUMENTS** |
| v. | |
| **J. KELLY,** | |
| Defendant. | |

Defendant Kelly's First Request for an Extension of Time, Nunc Pro Tunc, to file Pretrial Conference Documents (Doc. 46) was considered by this Court and, good cause appearing,

**IT IS ORDERED** that the parties have until **August 17, 2010**, to file the Proposed Final Pretrial Order and Motion(s) in Limine, along with each of the accompanying documents set forth in the Court's Order Setting Final Pretrial Conference, dated June 7, 2010.

**IT IS FURTHER ORDERED** that any Response to the Motion(s) in Limine shall be due on or before **August 24, 2010**.

Dated this 11th day of August, 2010.

_____
G. Murray Snow
United States District Judge

1