1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY GRAVES,                           No. 1:03-cv-06837-GMS

               Plaintiff,                 **ORDER**

     vs.

- KELLY,

               Defendant.

_____/

     Pursuant to the parties' Stipulation for Voluntary Dismissal with Prejudice (Doc. 53), and good cause appearing,

     **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.

     DATED this 29th day of September, 2010.

_____
G. Murray Snow
United States District Judge

1